UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICHARD KURTZEBORN,          )
                             )
            Plaintiff,       )
                             )
     vs.                     )      Case No. 4:02CV1190 CDP
                             )
ALLIED GEAR AND MACHINE      )
CO., INC., et al.,           )
                             )
            Defendants.      )

## MEMORANDUM AND ORDER

I denied plaintiff Richard Kurtzeborn's latest post-trial motion on April 30,

2007.  He has now filed a "Notice of Motion" stating that he again seeks relief

under Federal Rule of Civil Procedure 60(b), and that he will appear for a hearing

in my courtroom on June 22.  There will be no hearing, and I will again deny the

request for relief, for the same reasons stated in my April 30, 2007 order.

**IT IS HEREBY ORDERED** that plaintiff's "notice of motion" to set aside

the Judgment under Rule 60 of the Federal Rules of Civil Procedure [#63] is

denied.  There will be no hearing, and this matter is closed.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of May, 2007.